**[6ocdmrc]** [ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER/REINSTATE]

ORDERED.

**Dated: June 27, 2022**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                     Case No.
                                                           6:22–bk–01812–LVV
                                                           Chapter 13

Enrique Hernandez

_____Debtor*_____/

### ORDER CONDITIONALLY DENYING MOTION TO RECONSIDER DISMISSAL

THIS CASE came on for consideration on the Debtor's Motion to Reconsider Dismissal (Document No. 18). After reviewing the record, the Court finds that the Motion is Conditionally Denied, as the clerk has noted deficiencies to the petition and/or schedules of this debtor(s) as indicated below.

Chapter 13 Plan

Accordingly, it is

ORDERED:

1. If the debtor(s) do not file appropriate documents with the Court within 28 days of the entry of this order, Motion is denied without further notice of hearing.

2. If the debtor(s) do file timely documents, the Court will review the pleadings and enter appropriate order.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.